UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JAMES PILLAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-cv-4017 |
| MARTIN BROS. DISTRIBUTING CO., INC. | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR DISMISSAL WITH PREJUDICE**

NOW COMES Plaintiff, JAMES PILLAR, by and through his attorney of record John A. Singer of the law firm of WINSTEIN, KAVENSKY & CUNNINGHAM and moves that this Court dismiss the above captioned case with prejudice and in support thereof states unto the Court as follows:

1. That the parties have resolved all claims and controversies.

WHEREFORE, Plaintiff, JAMES PILLAR, prays this Court grant his Motion to Dismiss with Prejudice.

JAMES PILLAR, Plaintiff

By: /s/John A. Singer
John A. Singer
IL Fed & State #6305063
IA State #27538
Attorney for the Plaintiff
Winstein, Kavensky & Cunningham
P.O. Box 4298
Rock Island, IL  61201
(309) 794-1515 - Phone
(309) 794-9929 – Fax
jsinger@wkclawfirm.com